**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

Deepakraj Chandrasekar,
Irfan Mohammed,
Likith Sai Devangam Kotha,
Suparan Singh,
Keyur Patel,
Harsh Bhagwandas Patel,
Sri Ram Kumar Muralidharan,
Rajat Rathi,
Tanmay Datta,
Gautam Prakash,
Rajeshwari Vijay Chaudhari, *aka Rajeshwari Saurabh Jaiswal,*
Jayant Kumar,
Renysusan Kamudurai,
Digna Trivedi,
Pushkar Patil,
Saurabh Prashant Jaiswal,

Plaintiffs,

v.

United States Department of Homeland Security,

Defendant.

C/A No. 1:24-cv-10650-AK

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, based on the specific facts and circumstances of this case, without conceding the merits of the case, without waiver or prejudice to the government's ability to defend other similar or dissimilar cases, and in the interests of preserving party and judicial resources and expediting the resolution of this case, IT IS STIPULATED AND AGREED, by and between the parties, as follows:

1) Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice, with each party bearing its own fees and costs.

2) Defendant, by and through the Department of Homeland Security (DHS), U.S

Customs and Border Protection (CBP) reviewed the relevant records for each named Plaintiff[1] in this case.

3) At the time of this filing and based on a review of each Plaintiff's information after a search of systems and records where it would reasonably expect such information to be found, Defendant DHS does not have information in a DHS system or record that reflects a current inadmissibility finding based on INA § 212(a)(6)(C)(i) against any named Plaintiff, except Plaintiff Likith Sai Devangam Kotha ("Mr. Kotha"), whose inadmissibility finding was entered as a result of a CBP inspection.

4) The inclusion of Mr. Kotha in this stipulation is not a concession to the finding of inadmissibility by him, but an agreement that pursuit of a remedy would best proceed through other means.

5) Nothing in this stipulation or order dismissing this action shall be construed as an admission of liability or wrongdoing by any party, or as a concession of any rights or arguments by the Defendant or the Plaintiffs.

6) Nothing herein shall preclude DHS, any of its component agencies, or any other U.S. government agency from evaluating Plaintiffs' admissibility at any time in the future.

7) Except for the actions agreed to herein, nothing in this notice and stipulation shall be construed to require the parties to take any action in similar or dissimilar circumstances.

8) This agreement shall not undermine the government's litigation position in any other case.

August 19, 2024

BY: */s/ Jesse M. Bless*
Jesse M. Bless
MA Bar No. 660713
Bless Litigation LLC

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

---

[1] See Exhibit A - List of Plaintiffs

6 Vineyard Lane
Georgetown MA 01833
781.704.3897
jesse@blesslitigation.com

*/s/Jonathan D. Wasden*
Jonathan D. Wasden
MSB No. 100563
Wasden Law
9427 Goldfield Lane
Burke, VA 22015-1173
843.872.4978
jon@wasden.law
*Appearing Pro Hac Vice*

Attorneys for Plaintiffs

*/s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov
Attorneys for Defendant