UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Deepakraj Chandrasekar, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| United States Department of Homeland Security, | ) ) ) |
| Defendant. | ) ) ) ) |

C/A No. 1:24-cv-10650-AK

**LIST OF PLAINTIFFS**

1. Deepakraj Chandrasekar
2. Irfan Mohammed
3. Likith Sai Devangam Kotha
4. Suparan Singh
5. Keyur Patel
6. Harsh Bhagwandas Patel
7. Sri Ram Kumar Muralidharan
8. Rajat Rathi
9. Tanmay Datta
10. Gautam Prakash
11. Rajeshwari Vijay Chaudhari, *aka Rajeshwari Saurabh Jaiswal*
12. Jayant Kumar
13. Renysusan Kamudurai
14. Digna Trivedi
15. Pushkar Patil
16. Saurabh Prashant Jaiswal

**EXHIBIT A**